AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

### for the
### Western District of New York

FILED

FEB 0 1 2013

MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Nicholas Mussolini | ) | Case No.  13 MJ 2017 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:     02/01/2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Fonda Dawn Kubiak**
*Printed name and bar number of defendant's attorney*

**300 Pearl Street**
**Suite 200**
**Buffalo, NY 14202**

_____
*Address of defendant's attorney*

**fonda_kubiak@fd.org**
*E-mail address of defendant's attorney*

**716-551-3341**
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*